IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RAMESSE GAMBLE,** | ) | 1:08-CV-1461 AWI WMW HC |
| Petitioner, | )<br>) | **FINDINGS AND** |
| | ) | **RECOMMENDATIONS RE** |
| vs. | ) | **PETITION FOR WRIT OF** |
| | ) | **HABEAS CORPUS** |
| **CALIFORNIA STATE PRISON -** | ) | |
| **CORCORAN,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

      Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases and has determined that it plainly appears from the petition that Petitioner cannot obtain the relief he seeks through a petition for writ of habeas corpus. Accordingly, the court finds that this petition must be dismissed.

Petitioner's entire description of his single ground for relief is as follows:

> investigation; a copy of my entire CDC Form 119; Legal mail record since arrival at corcoran
> Appellant position that the corcoran state prison (COR) mailroom has inappropriately refused to provide me a copy of entire (CDC) Form 119; inmate mail record.

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A habeas corpus petition is the correct method for a prisoner to challenge "the very fact or duration of his confinement," and where "the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that imprisonment." Preiser v. Rodriguez, 411 U.S. 475, 489 (1973). In the present case, Petitioner does not challenge the fact or duration of his confinement, but rather seeks copies of his mail record. The relief Petitioner seeks is not available through a petition for writ of habeas corpus. Accordingly, the court finds that this petition must be dismissed.

Based on the above, IT IS HEREBY RECOMMENDED as follows:

1)   that this petition for writ of habeas corpus be DISMISSED without prejudice; and

2)   that the Clerk of the Court be directed to enter judgment for Respondent and to close this case.

These Findings and Recommendation are submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within thirty (30) days after being served with a copy, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the

objections shall be served and filed within ten (10) <u>court</u> days (plus three days if served by mail) after service of the objections.  The court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:     November 6, 2008**                  <u>     /s/  William M. Wunderlich     </u>
                                                                        UNITED STATES MAGISTRATE JUDGE

3